IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELITE PLASTIC SURGERY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WENDY SEEKFORD, )<br>)<br>Defendant. ) | Case No. 1:16-cv-00966-(GBL/TCB) |

**ORDER and FINAL JUDGMENT**

Upon consideration of the Report and Recommendation entered on November 15, 2016 by United States Magistrate Judge Theresa C. Buchanan (Dkt. 13), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchannan;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 8) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk enter judgment in favor of Plaintiff Elite Plastic Surgery, LLC and against Defendant Wendy Seekford for the total amount of $79,393.00, plus prejudgment and post judgment interest at 6% per annum and costs. This amount represents the unpaid invoices of services rendered by plaintiff for the benefit and with approval by defendant.

**IT IS SO ORDERED.**

/s/
_____
Gerald Bruce Lee
United States District Judge

ENTERED this 26 day of December, 2016.

Alexandria, Virginia
12 / 21 / 2016

2